IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| **DEIRDRE WILLIAMSON JAIN,** and **EMILY RUTH WILLIAMSON,** *Individually, and as Co-Administrators of the Estate of Joseph Seth Williamson, II, Deceased,* | ) ) ) ) ) |
| Plaintiffs, | ) Civil Action No.: 7:13cv00551 |
| v. | ) ) |
| **ABBOTT LABORATORIES, INC., et al.,** | ) By: Hon. Michael F. Urbanski ) United States District Judge |
| Defendants. | ) |

### ORDER

For the reasons stated in the accompanying Memorandum Opinion, Defendants' motions in limine concerning Dr. Laughery (Dkt. No. 71) and Dr. Collins (Dkt. No. 73) are **GRANTED in part** and **DENIED in part**; Defendants' objection to the report and recommendation concerning Dr. Arden (Dkt. No. 67) is **OVERRULED**, the report (Dkt. No. 60) is **ADOPTED** in its entirety; and Defendants' motion to exclude Dr. Arden (Dkt. No. 49) is **DENIED**; and Defendants' motion for summary judgment (Dkt. No. 69) is **DENIED**.

It is **SO ORDERED**.

Entered: December 19, 2014

*Michael F. Urbanski*

Michael F. Urbanski
United States District Judge